IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Drakes, Debra

Printed: 5/27/08

Case Number: 04 B 16799
Judge: Hollis, Pamela S
Filed: 4/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 14, 2008
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 16,825.30 |  |
| Secured: |  | 14,068.49 |
| Unsecured: |  | 873.66 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,000.00 |
| Trustee Fee: |  | 883.15 |
| Other Funds: |  | 0.00 |
| Totals: | 16,825.30 | 16,825.30 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Dollie I Warren-Reed | Administrative | 1,000.00 | 1,000.00 |
| 2. | American General Finance | Secured | 3,337.00 | 3,337.00 |
| 3. | Select Portfolio Servicing | Secured | 10,731.49 | 10,731.49 |
| 4. | Select Portfolio Servicing | Unsecured | 250.00 | 250.00 |
| 5. | RoundUp Funding LLC | Unsecured | 337.77 | 273.50 |
| 6. | RoundUp Funding LLC | Unsecured | 137.41 | 111.26 |
| 7. | Resurgent Capital Services | Unsecured | 295.05 | 238.90 |
| 8. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
| 9. | American General Finance | Unsecured |  | No Claim Filed |
| 10. | Van Ru Credit Corporation | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,088.72 | $ 15,942.15 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 233.11 |
| 4% | 41.99 |
| 3% | 31.51 |
| 5.5% | 164.09 |
| 5% | 108.32 |
| 4.8% | 154.28 |
| 5.4% | 149.85 |
|  | _____ |
|  | $ 883.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Drakes, Debra

Printed:  5/27/08

Case Number:  04 B 16799
Judge:  Hollis, Pamela S
Filed:  4/29/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

                _____